# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                      Plaintiff,          Case No. 14-cr-20281

v.                                      Hon. Victoria A. Roberts

D-8 SCOTT ZAKI,

                      Defendant.

_____/

## ORDER FOR COMPETENCY EVALUATION
## IN LOCAL PRETRIAL DETENTION FACILITY

**UPON THE MOTION** of the Government for a competency evaluation prior to further legal proceedings pursuant to 18 U.S.C. §4241(a); and

**UPON THE COURT'S FINDING** that Mr. Zaki's mental health history, circumstances of the offense, general appearance, and in court behavior warrant such an evaluation to determine whether he is presently "suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." *Id.*;

**THE COURT HEREBY ORDERS** that Mr. Zaki be evaluated for

competency in the facility where he is being detained by the U.S. Marshal's Service pending completion of the above-docketed case.   The Government will propose the expert to provide this service and will submit an order to the Court to admit the expert into the detention facility; and

**THE COURT FURTHER ORDERS** that pursuant to 18 U.S.C. §4247(b), a copy of the report be provided to the following:

> Honorable Victoria A. Roberts
> United States District Judge
> 231 W. Lafayette, Rm. 211
> Detroit, MI   48226
> (313) 234-5230

> Brandon Bolling                        Scott Zaki (#50157-039)
> Assistant U.S. Attorney                Defendant
> U.S. Attorney's Office                 Sanilac County Jail
> 211 W. Fort St., Suite 2001            65 N. Elk Street
> Detroit, MI 48226                      Sandusky, MI 48471

**THE COURT FURTHER ORDERS** that the cost of this evaluation will be paid by the United States Attorney's Office;

**THE COURT FURTHER ORDERS** that all dates in this matter related to Defendant be adjourned, pending completion of the evaluation and a judicial determination of competency; and

**IT IS THE FINDING OF THE COURT** that the time period from July 27, 2014, the date of Defendant's initial mental competency motion, through the

judicial determination regarding competency, is excludable delay for purpose of

Speedy Trial calculations, pursuant to 18 U.S.C. §3161(H)(1)(A).

**SO ORDERED.**


S/Victoria A. Roberts
HONORABLE VICTORIA A. ROBERTS
United States District Judge


Dated: November 7, 2014