UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
     Plaintiff,

               Case No. 14-20281
 -vs-            Hon. Victoria Roberts

SCOTT ZAKI
       Defendant

## CORRECTED EX PARTE ORDER PERMITTING CJA DEFENSE COUNSEL TO TRAVEL AT GOVERNMENT EXPENSE

  Henry M. Scharg, CJA appointed counsel for the Defendant, Scott Zaki, having filed a Submission to the Court requesting this Court to authorize travel at government expense, and the Court having considered the same,

  IT IS HEREBY ORDERED that pursuant to Section 702 of the Federal Courts Administration Act of 1992, Henry M. Scharg is hereby authorized to obtain governmental travel rates for round trip travel from Detroit, Michigan and Durham, North Carolina, during the authorized dates of November 9, 2016 through October 30, 2017 under the Criminal Justice Act (CJA),

  IT IS FURTHER ORDERED that CJA appointed counsel, HENRY M. SCHARG, is authorized to contact National Travel or other travel agency designated by the Court to request reservations for airline tickets.  CJA counsel must identify himself as a CJA attorney for the Eastern District of Michigan and advise National Travel or other

government designated travel agency that his airline tickets are to be charged to the Court's account.

IT IS FURTHER ORDERED that a signed copy of this Travel Authorization Order must be faxed or mailed to the Financial Office and/or the CJA Office for auditing purposes.

IT IS SO ORDERED.


   S/Victoria A. Roberts
   Hon. Victoria Roberts
   United States District Judge

Dated:  11/15/2016