UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                   Case No. 14-20281
                                              Honorable Victoria A. Roberts

v.

SCOTT ZAKI,

    Defendant.

_____/

## **ORDER**

On May 31, 2017, the Court held a status conference regarding a Forensic Evaluation of Defendant Scott Zaki, which is dated May 23, 2017 and was signed by Joi Knighton, M.A., Ed.S, and Kristina P. Lloyd, Psy.D., ABPP, on May 30, 2017. Attending were Henry Scharg for Zaki and Hank Moon for the government.

In the Forensic Evaluation, Dr. Lloyd and Ms. Knighton opine that "Mr. Zaki is currently suffering from a mental disease or defect, which renders him not competent to stand trial. . . . Mr. Zaki has attained maximum benefit from efforts to restore his competency and no further treatment will remediate these limitations in the foreseeable future."

The Court agrees with the findings in the Forensic Evaluation: Zaki is not competent to stand trial, and cannot be restored to competency in the near future.

The Court orders that Zaki undergo further psychiatric and psychological examination, pursuant to 18 U.S.C. § 4246, to determine whether he is "presently suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of

another." *See* § 4246(a). Once the examination is complete, the examining providers must issue a report to the Court which sets forth their findings regarding Zaki's.

**IT IS ORDERED**.

                                                  <u>S/Victoria A. Roberts</u>
                                                  Victoria A. Roberts
                                                  United States District Judge

Dated: May 31, 2017